December 13, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

POUL NIELSEN, Appellant

NO. 14-11-00079-CV                  V.

CHASE BANK USA NA, Appellee

_____

This cause, an appeal from the judgment signed December 6, 2010 in favor of appellee Chase Bank USA NA, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Poul Nielsen to pay all costs incurred in this appeal. We further order this decision certified below for observance.